**Order entered December 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00801-CV

**JAY SANDON COOPER, Appellant**

**V.**

**JUDGE PAUL MCNULTY, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01611-2015**

## ORDER

By notice filed December 12, 2015, appellant has informed the Court that the record of the trial court proceedings in this appeal was taken by Jan Dugger, Official Court Reporter of the 296th Judicial District Court, and Carolin Peek of Notarius Reporting. Accordingly, we **VACATE** that portion of our December 9, 2015 order directing Indu Bailey, Official Court Reporter of the 219th Judicial District Court, to file the reporter's record by December 21, 2015. We **ORDER** Ms. Dugger, as the official reporter, to file, no later than December 28, 2015, the record of all proceedings designated by appellant.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dugger, Ms. Peek, Ms. Bailey, and the parties.

We **DENY** appellant's December 13, 2015 "motion for order to district court."

/s/     CRAIG STODDART
JUSTICE